Filed by: FAX
Date: 5-13-16
Time: 12:09pm
Deputy Clerk: (signature)
(SEE ATTACHED LOG)

TWENTY-FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 760818          DIVISION F

KENG HENG

VERSUS

FEDERAL EXPRESS CORPORATION; PROTECTIVE INSURANCE COMPANY; and SALVADOR MILITELLO

FILED: _____    _____
                                                                                DEPUTY CLERK

## PETITION FOR DAMAGES

I.

Made petitioner herein is KENG HENG (Heng), a person of the full age of majority and domiciled in the Parish of St. Charles, State of Louisiana.

II.

Made defendant herein is FEDERAL EXPRESS CORPORATION (Federal Express), a foreign corporation authorized to do and doing business in the Parish of Jefferson, State of Louisiana.

III.

Made defendant herein is PROTECTIVE INSURANCE COMPANY (Protective), a foreign insurance company authorized to do and doing business in the Parish of Jefferson, State of Louisiana.

IV.

Made defendant herein is SALVADOR MILITELLO (Militello), a person of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana.

V.

Venue is proper in this jurisdiction because the incident giving rise to the subject matter of this claim occurred in the Parish of Jefferson, State of Louisiana and Militello is domiciled in the Parish of Jefferson, State of Louisiana.

IMAGED MAY 13 2016

VI.

The defendants, Federal Express; Protective and Militello are indebted to petitioner jointly, severally and in solido for the following reasons to-wit.

VII.

On June 23, 2015, Heng was operating his vehicle northbound on Farrar Avenue in the Parish of Jefferson, State of Louisiana

VIII.

Heng was stopped at the traffic light where Farrar Avenue intersects with U.S. 61 known as Airline Drive.

IX.

Militello was operating a 2000 Freightline tractor owned by Federal Express and was at the same stop light as Heng, on the left side of Heng's vehicle.

X.

Militello failed to observe Heng's vehicle and attempted to turn right onto Airline Drive causing the trailer of the vehicle to collide with Heng's vehicle rendering it a total loss.

XI.

Heng avers that the defendant, Militello, was under a legal duty to operate his vehicle in a safe and prudent manner, including, but not limited to, avoiding striking the vehicle driven by Heng. This legal duty was designed to protect the petitioner and those similarly situated from this type of harm arising in this manner.

XII.

Heng further represents that the defendant, Militello, breached his legal duty which such breach was a legal cause and a cause in fact of the injuries sustained by Heng and further, a sole and proximate cause of the Heng's damages without any comparative negligence on the part of petitioner.

XIII.

Militello committed the following, non-exclusive acts of negligence to-wit:

A. Failing to maintain control of his vehicle and/or failing to properly legally operate his

IMAGED MAY 13 2016

vehicle;

B. Operating his vehicle in a careless manner;

C. Failing to stop his vehicle as required by law;

D. Failing to maintain a safe and proper lookout;

E. Failing to see what he should have seen;

F. Failing to observe Heng in the vehicle Heng occupied;

G. Failing to exercise reasonable vigilance;

H. Failing to yield;

I. Failing to obey the laws of the Parish of Jefferson and/or the State of Louisiana;

J. Any and all other non-acts of negligence which are inherent in these pleadings; which may appear at discovery in this case; and which will be proven at trial and the

XIV.

At all material times hereto, on information and belief, the defendant, Militello was in the course and scope of his employment with Federal Express. Plaintiff specifically pleads the theory of respondent superior and vicarious liability which render Federal Express responsible for the actions and inactions of Militello.

XV.

At all material times hereto, on information and belief, the defendant, Protective had in full force and effect a policy of liability insurance which was issued in favor of Militello and/or Federal Express as direct and/or omnibus insureds which provides insurance coverage against the risk of loss arising from the operation of the vehicle Militello was driving, which is the subject of this suit and which inures to the benefit of Heng and others similarly situated, arising from the events subscribed herein and as such, Protective is made a direct defendant pursuant to the Louisiana Direct Action Statute.

XVI.

As a result of the foregoing, petitioner, Heng, has been caused to sustain the following damages, more particularly, all the non-exclusively described as follows:

A. Past, present and future physical pain and suffering    Reasonable
B. Past, present and future metal anguish and anxiety      Reasonable

| | | |
|---|---|---|
| C. | Past present and future medical and rehabilitation expenses | Reasonable |
| D. | Loss of Enjoyment of life | Reasonable |
| E. | Loss of Earnings | Reasonable |
| F. | Loss of Earning Potential | Reasonable |
| G. | Disability | Reasonable |
| H. | Surgical and Other Expenses | Reasonable |
| I. | Property Damage | Reasonable |
| J. | Damage to 2012 Nissan Altima | Reasonable |
| K. | Loss of Use of Vehicle | Reasonable |
| L. | Inconvenience | Reasonable |
| | Total | Reasonable |

XI.

**WHEREFORE**, Petitioner KENG HENG, prays that:

A. Defendants, FEDERAL EXPRESS CORPORATION; PROTECTIVE INSURANCE COMPANY, and SALVADOR MILITELLO, herein be duly cited and served a copy of this Petition and be required to answer same within the delays provided by law;

B. After due proceedings had, there be judgment herein in favor of Petitioner, KENG HENG, against the defendants herein, FEDERAL EXPRESS CORPORATION; PROTECTIVE INSURANCE COMPANY, and SALVADOR MILITELLO, jointly, severally and in solido for all sums necessary and appropriate in the premises along with judicial interest made in the judicial demand and all costs of these proceedings; and

C. For all general equitable and relief.

Respectfully submitted,

TIMOTHY R. RICHARDSON (#27625)
FREEMAN R. MATTHEWS (#9050)
**Usry, Weeks & Matthews, APLC**
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Telephone: (504) 592-4600
Facsimile: (504) 592-4641
Attorney for Petitioner

IMAGED MAY 13 2016

**PLEASE SERVE:**

1. Protective Insurance Company
   through its agent for service of process:
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, Louisiana 70809

2. Federal Express Corporation
   through its agents for service of process:
   C.T. Corporation System
   3867 Plaza Tower Drive
   Baton Rouge, Louisiana 70816

3. Salvador Militello
   12 Caddo Court
   Kenner, Louisiana 70065

IMAGED MAY 13 2016

Fax 5-13-16
3:18PM

In Reference to Case #: 760 818
Division: F  24th JDC

**Jon A. Gegenheimer**
JEFFERSON PARISH CLERK OF COURT



24th Judicial District Court
**FAX Filing**
P.O. Box 10
Gretna LA 70054-0010
www.jpclerkofcourt.us
Telephone: (504) 364-2971
FAX Nos.: (504) 364-3780 & 364-2988

• TIMOTHY RICHARDSON, ATTY.

FAX # 985-898-0483

MAY 13, 20 16

# FACSIMILE FILING RECEIPT OF TRANSMISSION

Total No. of Pages: 7

Document Type: PETITION FOR DAMAGES

Case Title: KENG HENG VERSUS FEDERAL EXPRESS CORPORATION, PROTECTIVE INSURANCE COMPANY; AND SALVADOR MILITELLO

Receipt is hereby acknowledged of the above described document, which was filed at 12:09 ☐ A.M. ✓ P.M. on MAY 13, 20 16. Per La. R.S. 13:850, please forward the original pleading within 7 days, exclusive of legal holidays, after the clerk of court has received the transmission, with funds in the amounts listed below:

Check payable to "Jefferson Parish Clerk of Court":   $ 565.00
Check payable to "Orleans Parish Civil Sheriff":      $
Check payable to "Louisiana Secretary of State":      $ 50.00
Check payable to "East Baton Rouge Sheriff":          $ 58.72
Check payable to _____:            $

***Please enclose a copy of this Receipt of Transmission when original pleading is filed.***

ATTN: Civil Filing Dept.
24th Judicial District Court, Division NEW SUIT
Jefferson Parish Clerk of Court
P.O. Box 10
Gretna LA 70054-0010

✗ Submit Civil Case Cover Sheet with Original Petition

IMAGED MAY 13 2016

LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Keng Heng    vs. Federal Express Corporation, et al

**Court:** 24th Judicial District    **Docket Number:** 760-818 F

**Parish of Filing:** Jefferson    **Filing Date:** 5/13/2016

**Name of Lead Petitioner's Attorney:** Timothy R. Richardson

**Name of Self-Represented Litigant:**

**Number of named petitioners:** 1    **Number of named defendants:** 3

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- [x] Auto: Personal Injury
- [ ] Auto: Property Damage
- [ ] Auto: Wrongful Death
- [ ] Auto: Uninsured Motorist
- [ ] Asbestos: Property Damage
- [ ] Asbestos: Personal Injury/Death
- [ ] Product Liability
- [ ] Premise Liability
- [ ] Intentional Bodily Injury
- [ ] Intentional Property Damage
- [ ] Intentional Wrongful Death
- [ ] Unfair Business Practice
- [ ] Business Tort
- [ ] Fraud
- [ ] Defamation
- [ ] Professional Negligence
- [ ] Environmental Tort
- [ ] Medical Malpractice
- [ ] Intellectual Property
- [ ] Toxic Tort
- [ ] Legal Malpractice
- [ ] Other Tort (describe below)
- [ ] Other Professional Malpractice
- [ ] Redhibition
- [ ] Maritime
- [ ] Class action (nature of case)
- [ ] Wrongful Death
- [ ] General Negligence

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Claim for personal injuries sustained as result of a car accident

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name Timothy R. Rochardson    Signature

Address 1615 Poydras Street, Suite 1250, New Orleans, Louisiana 70112

Phone number: 504-812-1037    E-mail address: tim.uwmlaw@gmail.com

# facsimile transmittal

Filed by: FAX
Date: 5-13-16
Time: 12:10 pm
Deputy Clerk: _____
(SEE ATTACHED LOG)

| | | | | |
|---|---|---|---|---|
| To: | Clerk, 24th JDC | | Fax: | 504-364-3780 |
| | Attn: New Filings | | | |
| From: | Susan Passauer, | | Date: | 5/13/2016 |
| | Paralegal to Timothy Richardson | | | |
| Re: | Keng Heng v. | | Pages: | 7 |
| | Federal Express, et al | | | |
| cc: | | | | |

☐ Urgent   ☐ For review   ☐ Please comment   ☐ Please reply   ☐ Please recycle

Please see attached correspondence and pleadings for filing.

## PLEASE FAX FILING CONFIMATION FOR PAYMENT TO 985-898-0483.

Best regards,

Susan Passauer

Paralegal to Timothy R. Richardson

IMAGED MAY 13 2016



confidential

MAY-13-2016  12:10          9858980483                                          P.001

# USRY, WEEKS & MATTHEWS
A PROFESSIONAL LAW CORPORATION
1615 POYDRAS STREET, SUITE 1250
NEW ORLEANS, LOUISIANA 70112

T. ALLEN USRY
FREEMAN R. MATTHEWS
FRED SCHROEDER
CRAIG E. FROSCH
TIMOTHY R. RICHARDSON
BLAKE J. ARCURI
DERRICK EDWARDS
CHARLES S. FISHER

TELEPHONE: (504) 592-4600
FACSIMILE: (504) 592-4641
LA WATS: (800) 523-8793

JOHN F. WEEKS II
(1948-2014)

May 13, 2016

24th Judicial District Court
Attn: Civil Filing - Division NEW SUIT
P.O. Box 10
Gretna, Louisiana 70054-0010

Re: Keng Heng v. Federal Express Corporation, et al

Dear Sirs:

We attach a Petition for Damages which we request that you please file. Once filed, please confirm filing and provide us with a confirmation to fax no. 985-898-0483 indicating the required fees to be forwarded to your office. We will mail the original and service copies to your office for filing with payment upon receipt of confirmation.

Thank you in advance for your courtesies.

With kind regards, we remain

Very truly yours,

Timothy R. Richardson

TRR/sgp
Enclosure

IMAGED MAY 13 2016

MAY-13-2016 12:11     9858980483     P.002

```
************ -JOURNAL- ************************ DATE MAY-13-2016 ***** TIME 12:12 ********

NO. COMM. PAGES   FILE DURATION  X/R  IDENTIFICATION           DATE    TIME      DIAGNOSTIC
014  OK   007     850  00:02:39  RCV  9858980483            MAY-13  12:09   050FC0000A070003
                                                            -CLERK OF COURT            -

***** UF-7200 ********************* -CLERK OF COURT  - ***** -      504 364 3780- *********
```

IMAGED MAY 13 2016

(101) Citation: ISSUE PETITION FOR DAMAGES ;   160601-4969-3

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

KENG HENG
   versus
FEDERAL EXPRESS CORPORATION, PROTECTIVE
INSURANCE COMPANY, SALVADOR MILITELLO

Case: 760-818   Div: "F"
P 1 KENG HENG

To: FEDERAL EXPRESS CORPORATION
THRU ITS AGENTS FOR SERVICE OF PROCESS:
C.T. CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

# 11048  $58.72



PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the Clerk of Court on the 1st day of June, 2016.

/s/ Lisa M. Cheramie
Lisa M. Cheramie, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE PETITION FOR DAMAGES ;   160601-4969-3

Received:_____  Served:_____  Returned:_____

Service was made:
____ Personal           ____ Domiciliary _____

Unable to serve:
____ Not at this address       ____ Numerous attempts ____ times
____ Vacant                    ____ Received too late to serve
____ Moved                     ____ No longer works at this address
____ No such address           ____ Need apartment / building number
____ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
        Deputy Sheriff
Parish of: _____

I made service on the named party through the CT Corporation.

JUN 14 2016
by tendering a copy of this document to
☐ Jeannine Beauregard  ☑ Brenna Beauregard
☐ Alison Reed
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

JUN 13 2016

Page 1 of 1

(101) Citation: ISSUE PETITION FOR DAMAGES ;  160601-4968-5

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

KENG HENG
    versus
FEDERAL EXPRESS CORPORATION, PROTECTIVE
INSURANCE COMPANY, SALVADOR MILITELLO

Case: 760-818   Div: "F"
P 1 KENG HENG

To: PROTECTIVE INSURANCE COMPANY
THRU ITS AGENT FOR SERVICE OF PROCESS:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE LA 70809

SS# 11047 $50.00
EBR# 11048 $58.72



PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the Clerk of Court on the 1st day of June, 2016.

                /s/ Lisa M. Cheramie
                Lisa M. Cheramie, Deputy Clerk of Court for
                Jon A. Gegenheimer, Clerk of Court

### SERVICE INFORMATION

(101) Citation: ISSUE PETITION FOR DAMAGES ;  160601-4968-5

Received:_____  Served:_____  Returned:_____

Service was made:
  ___ Personal    ___ Domicilary _____

Unable to serve:
  ___ Not at this address  ___ Numerous attempts ___ times
  ___ Vacant  ___ Received too late to serve
  ___ Moved  ___ No longer works at this address
  ___ No such address  ___ Need apartment / building number
  ___ Other _____

Service: $_____  Mileage: $_____  Total: $_____
Completed by:_____ #_____
             Deputy Sheriff
Parish of: _____

I made service on the named party through the Office of the Secretary of State on JUN 14 2016 by tendering a copy of this document to ANGIE GILL
DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

JUN 13 2016

Page 1 of 1

(101) Citation: ISSUE PETITION FOR DAMAGES ;     160601-4970-1

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

KENG HENG
   versus                         Case: 760-818    Div: "F"
FEDERAL EXPRESS CORPORATION, PROTECTIVE     P 1 KENG HENG
INSURANCE COMPANY, SALVADOR MILITELLO

To: SALVADOR MILITELLO
12 CADDO COURT
KENNER, LA 70065



PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the Clerk of Court on the 1st day of June, 2016.

/s/ Lisa M. Cheramie
Lisa M. Cheramie, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISSUE PETITION FOR DAMAGES ;     160601-4970-1

Received: 6-2-16   Served: _____   Returned: 6-6-16

Service was made:
  ___ Personal        ___ Domiciliary _____

Unable to serve: FATHER
  ✓ Not at this address     ___ Numerous attempts ___ times
  ___ Vacant                ___ Received too late to serve
  ___ Moved                ___ No longer works at this address
  ___ No such address     ___ Need apartment / building number
  ___ Other _____

Service: $_____    Mileage: $_____    Total: $ 20

Completed by: _____ # 10442
            Deputy Sheriff
Parish of: _____

Filed by:
Legal Wings

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON
STATE OF LOUISIANA

NO.: 760-818                                                             DIVISION

KENG HENG

VERSUS

FEDERAL EXPRESS CORPORATION, PROTECTIVE INSURANCE COMPANY
and SALVADOR J. MILITELLO

FILED: _____      _____
                                                                                              DEPUTY CLERK

**MOTION AND INCORPORATED MEMORANDUM
TO APPOINT SPECIAL PROCESS SERVER**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Keng Heng, who respectfully requests that a special process server be appointed to serve the defendant, Salvador J. Militello, for the following reasons to-wit:

I.

Plaintiff previously filed a Petition for Damages.

II.

Plaintiff requested that the sheriff serve Salvador J. Militello, 12 Caddo Ct., Kenner, Louisiana 70065.

III.

However, the sheriff has been unable to effectuate service.

IV.

Therefore, plaintiff seek that a special process server be appointed.

V.

Plaintiff seeks for David Centanni to be appointed to serve the defendant.

**WHEREFORE**, plaintiff, Salvador J. Militello, respectfully request that this Motion be deemed good and sufficient and that an Order be granted appointing David Centanni as special process server to serve the defendant.

Respectfully submitted;

USRY, WEEKS & MATTHEWS

_____
TIMOTHY R. RICHARDSON (#27625)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Telephone: (504) 592-4600
Facsimile: (504) 592-4641

IMAGED JUL -7 2016

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to all counsel of record by placing a copy of same in the United States mail, first-class postage prepaid this __6th__ day of July, 2016 to all parties.

_____
Timothy R. Richardson

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO.: 760-818                                                                                             DIVISION "F"

KENG HENG

VERSUS

FEDERAL EXPRESS CORPORATION, PROTECTIVE INSURANCE COMPANY,
and SALVADOR J. MILITELLO

FILED: _____         _____
                                                                                DEPUTY CLERK

## ORDER

**IT IS HEREBY ORDERED** that the Motion to Appoint Special Process Server is GRANTED. David Centanni is hereby appointed as special process server to effectuate service on the defendant, Salvador J. Militello.

Gretna, Louisiana, this __11th__ day of __July__, 2016.

_____
JUDGE

IMAGED JUL - 7 2016

IMAGED JUL 12 2016

Office: (504) 484-7996

# LEGAL WINGS, INC.
P.O. Box 8494
Metairie, Louisiana 70011

Digital Beeper: 465-2701
572-0520

INVOICE

BILL TO: Timothy Richardson
DATE: 7-6-16

SUIT NAME: Keng Heng
VS.
Federal Express Corp., et al.

COURT: 24th JDC

CASE NO.: 760-818

FILE NO.: Keng Heng

ATTORNEY: Tim Richardson

- [x] FILE THE ATTACHED DOCUMENT IN THE ABOVE COURT AND RETURN:
  - ___ CONFORMED COPY
  - ___ CERTIFIED COPY
- [x] TAKE TO JUDGE AND HAVE SIGNED
- [ ] DELIVER COPY TO JUDGE
- [ ] OBTAIN HEARING DATE
- [ ] ARRANGE FOR SERVICE
- [ ] CHECK RECORD: *see if judge (2nd floor) signed & have clerks issue it — NO
- [ ] HAND DELIVERY:
- [ ] PICK UP:
- [ ] SERVED SUBPOENA:
- [ ] SPECIAL INSTRUCTIONS:

BILLED AMOUNT: _____

REIMBURSEMENTS: _____

TOTAL INVOICE AMOUNT: _____

(101) Citation: RE-ISSUE PETITION FOR DAMAGES;  160711-0882-9

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

KENG HENG
    versus
FEDERAL EXPRESS CORPORATION, PROTECTIVE
INSURANCE COMPANY AND SALVADOR MILITELLO

Case: 760-818    Div: "F"
P 1 KENG HENG

To: SALVADOR MILITELLO
VIA PROCESS SERVER

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the Clerk of Court on the 11th day of July, 2016.

/s/ Marilyn Guidry
Marilyn Guidry, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: RE-ISSUE PETITION FOR DAMAGES;  160711-0882-9

Received:_____  Served:_____  Returned:_____

Service was made:
   ___ Personal       ___ Domiciliary _____

Unable to serve:
   ___ Not at this address        ___ Numerous attempts _____ times
   ___ Vacant                     ___ Received too late to serve
   ___ Moved                      ___ No longer works at this address
   ___ No such address            ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                Deputy Sheriff
Parish of: _____

Imaged 07/11/2016 12:24 - Signed: Deputy Clerk of Court /s/ Marilyn Guidry